UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ZAMBRANO GONZALEZ,

Petitioner,

v.

RON GODWIN,

Respondent.

No. 2:22-cv-0371-EFB P

<u>ORDER</u>

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because petitioner challenges a conviction entered by the Kern County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

/////

/////

/////

3. All future filings shall bear the new case number and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

Dated: March 7, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE